**RINOS & MARTIN, LLP**
DIMITRIOS C. RINOS, ESQ. – SBN 59919
LINDA B. MARTIN, ESQ. - SBN 105445
A. MICHAEL SABONGUI - SBN 172008
17822 17th Street, Suite 401
Tustin, California 92780
Telephone: (714) 734-0400
Facsimile: (714) 734-0480
E-Mail: firm@rmlaw.org

Attorneys for Defendant, TROY SCUTELLA (Sued and served herein as ONTARIO POLICE OFFICER DOE 1.)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES JURISDICTION

| | |
|---|---|
| ESTATE OF CHRISTOPHER MICHAEL GARCIA, By and Through ELIZABETH GARCIA, Successor in Interest, ELIZABETH GARCIA, Individually, M.J.G., A Minor, by and Through his Guardian Ad Litem, TANYA YVONNE REYES, <br><br> Plaintiffs, <br> vs. <br><br> CITY OF ONTARIO, ONTARIO POLICE OFFICER DOE 1, and DOES 2 THROUGH 10, <br><br> Defendants. | CASE NO: CV 09-03014 DMG (FMOx) <br><br> ORDER GRANTING VOLUNTARY DISMISSAL OF PLAINTIFFS' ENTIRE FIRST AMENDED COMPLAINT WITH PREJUDICE [119] |

1

---

[~~PROPOSED~~] ORDER GRANTING VOLUNTARY DISMISSAL OF PLAINTIFFS' ENTIRE FIRST AMENDED COMPLAINT WITH PREJUDICE

Pursuant to the parties' stipulation under Rule 41(a)(1)(ii), AND GOOD CAUSE APPEARING,

**IT IS HEREBY ORDERED** that:

1. The above-captioned action is dismissed in its entirety, with prejudice;

2. Plaintiffs ESTATE OF CHRISTOPHER MICHAEL GARCIA, By and Through ELIZABETH GARCIA, Successor in Interest, ELIZABETH GARCIA, Individually, and their counsel of record, Dale K. Galipo, Esq., shall bear their own costs, including attorney's fees and expenses pursuant to 42 U.S.C. § 1988, and defendant, and their counsel, Rinos & Martin, LLP, shall bear their own costs and fees;

3. Plaintiff M.J.G., A Minor, by and Through his Guardian Ad Litem, TANYA YVONNE REYES, and his counsel of record, Humberto Guizar, Esq., shall bear their own costs, including attorney's fees and expenses pursuant to 42 U.S.C. § 1988, and defendant, and their counsel, Rinos & Martin, LLP, shall bear their own costs and fees;

4. Plaintiffs ESTATE OF CHRISTOPHER MICHAEL GARCIA, By and Through ELIZABETH GARCIA, Successor in Interest, and ELIZABETH GARCIA, Individually, shall waive and forego any rights to an appeal with respect to any issues, rulings or orders in this case; and

5. Plaintiff M.J.G., A Minor, by and Through his Guardian Ad Litem, TANYA YVONNE REYES shall waive and forego any rights to an appeal with respect to any issues, rulings or orders in this case.

**IT IS SO ORDERED.**

DATED: October 18, 2011

_____
DOLLY M. GEE
United States District Judge

3

**[PROPOSED]** ORDER GRANTING VOLUNTARY DISMISSAL OF PLAINTIFFS' ENTIRE FIRST AMENDED COMPLAINT WITH PREJUDICE